UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 01-3702-CV-UNA/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

160.00 ACRES OF LAND, MORE OR LESS,
IN THE COUNTY OF MIAMI-DADE, STATE
OF FLORIDA; and OVERTOWN INVESTMENT
CORP., et al., and Unknown Others,

    Defendants.
_____/

TRACT NO. 240-01
EAST EVERGLADES

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation entered by United States Magistrate Judge William C. Turnoff, on January 6, 2009 **[DE 25]**, on Plaintiff's Joint Motion for the Entry of Stipulated Judgment as to Just Compensation **[DE 21]**. The Court has reviewed the record. No Party has filed objections to the Magistrate Judge's Report and Recommendation.

After conducting a *de novo* review of the entire record, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) Magistrate Judge Turnoff's Report and Recommendation **[DE 25]**, dated January 6, 2009, is **ADOPTED AND RATIFIED** by the Court.

(2) Plaintiff's Motion for the Entry of Stipulated Judgment as to Just Compensation **[DE 21]** is **GRANTED**. The Stipulated Judgment as to Just Compensation shall be entered by separate order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this ___ day of _____ 2009.

                                                **FEDERICO A. MORENO**
                                                **Chief United States District Court Judge**

cc:    Service List